**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

In re:

JAYADEEP RAMESH DESHMUKH,

                  Debtor.

Civil Action No. 25-17615 (MAS)

**MEMORANDUM ORDER**

This matter comes before the Court upon Appellant Jayadeep Ramesh Deshmukh's ("Appellant") Emergency Motion to Amend or Correct ("Motion to Amend") (ECF No. 34) this Court's March 3, 2026, Memorandum Opinion ("Opinion") (Mem. Op., ECF No. 29), and Order (Order, ECF No. 30), denying three motions: (1) Appellant's Emergency Motion for Stay Pending Appeal, Temporary Restraining Order, and Expedited Briefing Schedule (ECF No. 25); (2) Appellant's Motion to Stay Pending Appeal (ECF No. 4); and (3) Appellee John Michael McDonnell's ("Appellee") Motion to Dismiss (ECF No. 8). Appellant requests that this Court alter or amend its Opinion and Order to include a certification for direct appeal to the United States Court of Appeals for the Third Circuit certifying a question regarding whether property held in tenancy by the entireties pursuant to New Jersey law is exempt from administration under 11 U.S.C. § 522(b)(3)(B). (*See generally* Mot. to Amend, ECF No. 34.)

The Court denies Appellant's Motion to Amend. Appellant already appealed this Court's Opinion and Order to the Third Circuit. The Third Circuit dismissed the appeal for lack of appellate jurisdiction and noted that "[t]he Bankruptcy Court is best positioned to develop a record and determine whether this requested waiver is warranted in the first instance." (Third Circuit Order 2, No. 26-1469, ECF No. 14-2.) Moreover, there is a hearing scheduled before the Bankruptcy Court on March 26, 2026. (*Id.*) The Court further notes that the Third Circuit's Order cautioned Appellee

and the Bankruptcy Court that "waiving the [fourteen]-day automatic stay could jeopardize [Appellant's] ability to seek such a stay and appeal a denial of his request to [this Court and/or the Third Circuit] prior to the completion of the sale . . . in a manner that is potentially inconsistent with [Third Circuit] case law." (*Id.*) Accordingly,

**IT IS**, on this 20th day of March 2026, **ORDERED** as follows:

1.      Appellant's Motion to Amend (ECF No. 34) is **DENIED.**

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

2